PEOPLE, Respondent, *v.* STECKENREIDER, Appellant.

*(Supreme Court, General Term, Second Department. July 22, 1892.)*

Appeal from court of sessions, Kings county.
Prosecution against Andrew Steckenreider for assault in the third degree.
Argued before BARNARD, P. J., and DYKMAN and CULLEN, JJ
*August P. Wagener,* for appellant. *James W. Ridgway,* for respondent.

DYKMAN, J. This is an appeal from the conviction of the defendant in the court of sessions in the city of Brooklyn, of assault in the third degree, and also from the order dated December 30, 1891, affirming such conviction of the appeal to the court of sessions of Kings county, and from the affirmance of such conviction on such appeal, and from the conviction of the defendant in the court of special sessions in the city of Brooklyn of assault in the third degree, and also from the order dated December, 1891, affirming such conviction on the appeal to the court of sessions in Kings county, and from the affirmance on such appeals. All these appeals are destitute of merit. The testimony taken upon the trial rendered it entirely plain that the defendant was guilty of the offense charged, and the conviction and all the orders should be affirmed.

---

THOMPSON, Respondent, *v.* McGREEVY *et al.,* Appellants.

*(Supreme Court, General Term, Second Department. July 22, 1892.)*

Appeal from circuit court, Dutchess county.
Action by James A. Thompson against Frank J. McGreevy and another.
Argued before DYKMAN and CULLEN, JJ.
*Lyman Jenkins,* (*Fred. E. Ackerman,* of counsel,) for appellant. *Hermance & Arnold,* for respondent.

DYKMAN, J. It is the claim of the plaintiff in this action that the defendants were copartners in business under the name of McGreevy & Brohel, and and as such executed and delivered to him their promissory note in the name of the firm, dated February 6, 1891, for the payment of $56.40, and this action is based upon that note. The defendant Frank J. McGreevy alone answered the complaint, and defended the action. He denied the copartnership with him, and said he was not a member of the firm, and that the copartners were Mary Agnes McGreevy and John J. Brohel. The cause was tried before a jury, and the verdict rendered in favor of the plaintiff for the amount of the note and interest, and the defendant Frank J. McGreevy has appealed from the judgment only. There was sufficient evidence to justify the verdict, and the jury found the facts against the testimony and contention of the appealing defendant.
There was no error, and the judgment should be affirmed, with costs.